# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOE HUNSINGER, on behalf of himself and others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   No. 4:16 CV 162 DDN<br>) |
| GORDMANS, INC., | )<br>) |
| Defendant. | ) |

## ORDER TO STAY

In light of the notice to the court that defendant Gordmans, Inc., has filed a voluntary petition for bankruptcy in the United States Bankruptcy Court for the District of Nebraska (ECF No. 41, Ex. 1),

**IT IS HEREBY ORDERED** that this case is **STAYED** during the pendency of defendant's bankruptcy proceeding, per 11 U.S.C. § 362.

**IT IS FURTHER ORDERED** that plaintiff shall, no later than September 15, 2017, and every six months thereafter, file a status report on the bankruptcy proceeding and make an appropriate motion as to the extension, modification, or lifting of the stay. Within seven days of the termination of defendant's bankruptcy proceeding, plaintiff shall file with this court a notice of such termination.

**IT IS FURTHER ORDERED** that this case shall be deemed closed for statistical purposes only, subject to reopening upon the lifting of the stay herein imposed or other appropriate order.

**IT IS FURTHER ORDERED** that the March 30, 2017 status conference and all other future court settings are vacated.

/s/ David D. Noce<br>**UNITED STATES MAGISTRATE JUDGE**

Signed on March 17, 2017.