UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOE HUNSINGER, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) No.  4:16-cv-00162-DDN ) |
| GORDMANS, INC., a Delaware corporation, | ) ) ) |
| Defendant. | ) |

**JOINT STIPULATION TO DISMISS CASE**

The Parties hereby stipulate, agree and request this Court to enter an order dismissing this matter with prejudice pursuant to F.R.Civ.P. 42(a)(1)(A)(ii) with the parties to bear their own costs.  In support of this motion, the Parties state as follows.:

1. In this lawsuit, Plaintiff asserts a Telephone Consumer Protection Act ("TCPA") claim on behalf of himself and others similarly situated.

2. After this case was filed, Defendant filed its petition seeking bankruptcy protection in the United States Bankruptcy Court for the District of Nebraska in case number 17-80304.

3. On August 11, 2017 Defendant filed its Joint Plan of Liquidation pursuant to Chapter 11 of the Bankruptcy Code.

4. Defendant's Joint Plan of Liquidation was approved by the bankruptcy court on October 18, 2017.

5. Pursuant to the Joint Plan of Liquidation, Plaintiff was a general unsecured creditor.

6. The Joint Plan of Liquidation approved by the Bankruptcy Court had the effect of extinguishing the claim in this case other than in the context of the bankruptcy case.

7. Based upon these factors, the Parties hereby stipulate to dismissal of this case with prejudice with the parties to bear their own costs.

8. A proposed Order is attached hereto.

WHEREFORE, for the foregoing reasons, the Parties hereby move for this Court's Order dismissing this case with prejudice with the parties to bear their own costs.

Respectfully submitted,

LAW OFFICE OF JONATHAN E. FORTMAN, LLC

By: /s/ Jonathan E. Fortman\_\_\_
Jonathan E. Fortman          #40319MO
Attorney for Plaintiff/Putative Class
250 St. Catherine Street
Florissant, Missouri 63031
(314) 522-2312
(314) 524-1519 Fax
jef@fortmanlaw.com

  -and-

THE KRESS LAW FIRM, LLC
John C. Kress  #53396MO
4247 S. Grand Blvd
St. Louis, MO  63111
(314) 631-3883
(314) 332-1534  Fax
jckress@thekresslawfirm.com

    -and-

STEVE A. MILLER, PC
Steve A. Miller (admitted pro hac vice)
1625 Larimer Street, No. 2905
Denver, CO 80202
(303)892-9933
(303) 892-8925
sampc01@gmail.com

ATTORNEYS FOR PLAINTIFF

ARMSTRONG TEASDALE LLP


By:    /s/  *Paul Croker*
Paul Croker               #57000MO
2345 Grand Blvd., Suite 1500
Kansas City, MO  64108
816.221.3420  /  FAX 816.221.0786
pcroker@armstrongteasdale.com

    -and-

William M. Corrigan, Jr.     #33169MO
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
314.621.5070  /  FAX 314.621.5065
wcorrigan@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT GORDMANS, INC


## CERTIFICATE OF SERVICE

    I hereby certify that on September 20, 2018, the foregoing was filed electronically with the Clerk of Court, with service by operation of the Court's electronic filing system to all those individuals currently electronically registered with the Court.


        /s/ Jonathan E. Fortman