# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JOE HUNSINGER, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:16 CV 162 DDN |
| GORDMAN'S, INC., | ) ) | |
| Defendant. | ) | |

## ORDER

The parties having advised the Court of their joint stipulation to dismiss this case with prejudice (Doc. 48),

**IT IS HEREBY ORDERED** that the claims of plaintiff Joe Hunsinger on behalf of himself and others similarly situated are dismissed with prejudice, each party to pay their own costs. The Clerk of Court is directed to administratively terminate this action.

/s/ David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on September 21, 2018.